UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERGUSON ENTERPRISES, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>SOLPAC CONSTRUCTION, INC., et al.,<br><br>  Defendants. | Case No.   1:23-cv-01659-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL<br><br>(ECF No. 4) |

Plaintiff Ferguson Enterprises, LLC filed a notice of voluntary dismissal on January 12, 2024, dismissing this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i), which permits a plaintiff to "dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

Accordingly, in light of the voluntary dismissal and the fact that no answer or motion for summary judgment has been filed, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(i), and has been dismissed with prejudice. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of Court is respectfully directed to close the case.

IT IS SO ORDERED.

Dated:   **January 16, 2024**          /s/ Erica P. Grosjean
                                                       UNITED STATES MAGISTRATE JUDGE